# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE P. LeBLANC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. TABAK, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 16-03270-JLS (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith, Defendant D. Tabak's Motion for Summary Judgment is GRANTED.

IT IS ORDERED AND ADJUDGED that the above-captioned case is dismissed and judgment is entered in favor of Defendant.

DATED: October 2, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE